## NEW ENGLAND SAVINGS BANK *v.* LWJ CORPORATION ET AL.
### (11180)

FOTI, LAVERY and LANDAU, Js.

Argued October 28—decision released November 17, 1992

*Paul R. Kraus,* for the appellants (named defendant et al.).

*Christine M. Gonillo,* for the appellee (named plaintiff).

*Gale S. Kosto,* for the appellee (plaintiff Federal Deposit Insurance Corporation).

PER CURIAM. The judgment is affirmed.